# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-1489

———————————————

Martin Luther Lindstedt, The Church of Jesus Christ Christian/Aryan Nations of Missouri

*Plaintiff - Appellant*

v.

Newton County, Missouri; Newton County Sheriff's Department; Ken Copeland, Newton County Sheriff; Oren Barnes; Michael Lindstedt; Terry Neff, Attorney; The Honorable Kevin L. Selby; The Honorable Timothy Perigo; Crystal Courtney

*Defendants - Appellees*

————————

Appeal from United States District Court
for the Western District of Missouri - Joplin

————————

Submitted: October 7, 2016
Filed: October 11, 2016
[Unpublished]

————————

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

————————

PER CURIAM.

Martin Luther Lindstedt, The Church of Jesus Christ Christian/Aryan Nations of Missouri appeals the district court's[1] orders granting motions to dismiss an amended complaint for failure to state a claim.  We find no basis for overturning the orders at issue, and appellant has identified none.  The judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

--------------------------------

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.